# Commonwealth of Massachusetts

HAMPDEN, ss.                                    SUPERIOR COURT
                                                DEPARTMENT OF THE TRIAL COURT
                                                CIVIL ACTION NO. 07-602

JOSEPH F. SCHEBEL, JR. _____, Plaintiff(s)

v.

ACC CAPITAL HOLDINGS, AMERIQUEST MORTGAGE COMPANY
AMC MORTGAGE SERVICES, AND ROLAND ARNALL, Defendant(s)

DEUTSCHE BANK NATIONAL TRUST                    , Trustee

## SUMMONS AND ORDER OF NOTICE

To the above-named Defendant(s): and Trustee

You are hereby summoned and required to serve upon ___Joseph F. Schebel, Jr., pro se___ plaintiff's attorney, whose address is __71 Columbia Drive, Feeding Hills, MA 01030__ an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Springfield either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WE ALSO NOTIFY YOU that application has been made in said action, as appears in the complaint, for a Motion for emergency ex parte temporary restraining order / preliminary injunction and that a hearing upon such application will be held at the court house at said Springfield in the __A__ session without jury of our said court on __Wednesday__ the __11th__ day of __July__ A.D. 2007, at __2:00__ o'clock p.m., at which you may appear and show cause why such application should not be granted.

Witness, Barbara J. Rouse, Esquire, at Springfield the _____sixth_____ day of __July__ in the year of our Lord two thousand seven.

*[signature: Brian P. ...]*

                                                CLERK/MAGISTRATE

**NOTES**
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.