COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DIVISION

Civil No.    **07   662**
_____

_____
                              )
JOSEPH F. SCHEBEL JR.,        )
                              )
     Plaintiff,               )
                              )
     v.                       )
                              )
DEUTSCHE BANK NATIONAL TRUST; )
  Trustee of Ameriquest,      )
                              )
ACC CAPITAL HOLDINGS;         )
  a Delaware corporation,     )
                              )
AMERIQUEST MORTGAGE COMPANY;  )
  A subsidiary of ACC Capital )
       Holding Corporation,   )
                              )
AMC MORTGAGE SERVICES;        )
  A subsidiary of ACC Capital )
       Holding Corporation,   )
                              )
          and                 )
                              )
Roland Arnall,                )
                              )
     Defendants,              )
_____)


### AFFIDAVIT OF JOSEPH SCHEBEL IN SUPPORT OF
### MOTION FOR EMERGENCY EX PARTE TEMPORARY RESTRAINING ORDER


NOW comes the Plaintiff, Joseph F. Schebel Jr. and submits
to this Honorable Court his affidavit in support of his
motion entitled "MOTION FOR EMERGENCY EX PARTE TEMPORARY
RESTRAINING ORDER".

1.   That I am the Plaintiff in the above caption matter, Joseph F. Schebel Jr.

2.   That I am domiciled at 71 Columbia Dr., Feeding Hills, in the former County of Hampden, located in the Commonwealth of Massachusetts, who is a free sovereign American (united States) Citizen and is of sound mind and fully competent to make this affidavit.

3.   That I have personal knowledge of the facts stated in this affidavit.

I, Joseph F. Schebel Jr., depose and say:

4.   That I as the Plaintiff in the above entitled matter had given a mortgage to Ameriquest Mortgage Inc. dated October 23, 2004 and recorded with the Hampden County Register of Deeds at Book 10438, Page 547 of which mortgage Ameriquest Mortgage, Inc., is the present holder.

5. That at the signing of my mortgage on October 23, 2004 that Ameriquest never informed me or provided me with the right to rescind after 3 days of signing.

6.   That my monthly mortgage payment is $1,158.69 and that I paid Ameriquest $1411.02 per month in the year 2006. A total of $16,932.34 for the year 206. (exhibit "1")

7.   That in 2006 I paid Ameriquest $2,417.00 for hazard insurance (place insurance) that they had place on my house. (exhibit "1")

8.   That Ameriquest Mortgage and AMC Services has repeatedly failed to properly post payments to my loan either by deliberately not posting them in time or by not properly posting the amount.

9.   That Ameriquest Mortgage over the past three years have placed financial demands on me without ever providing me proof of said demands.

10.   That I have tried to resolve this matter and that when I would request documents I would be place with a different representative.

11.   That when I would begin to question Ameriquest practices they would begin foreclosure proceedings and

demand high amounts of payments in a forbearance plan never disclosing to me what these payments were for.

12.    That on May 8th 2007 I informed Ameriquest of my concerns in regards to my mortgage and that they have are in violations of both state and federal law.

13.    That on May 25, 2007 Ameriquest informed me that they were sending my concerns to the appropriate party for resolution. (exhibit "2")

14.    On June 11 I send over night delivery via United States Post office a letter and offer in good faith to try to resolve my concerns and this dispute. (exhibit "3")

15.    That on June 22 I received a letter from Ameriquest Mortgage attorneys Ablitt & Charlton that they were foreclosing on July 11, 2007. (exhibit "4")

16.    That although this letter was post marked June 20, 2007 the letter was dated June 12, 2007, the same day the Ameriquest received my offer, eight day after it was written. (exhibit "5")

17.    That on June 22 I received a letter from Ameriquest again as with the letter from Ablitt & Charlton dated June 12, 2007 with a June 20, 2007 post mark.

18.    That on June 22, 2007 I received a phone call from Monica Arredondo and returned her phone call on June 23.

19.    That in this conversation Ms. Arredondo was extremely rude when I told her that I just received her paper work and informed me that the only way to settle this disagreement was through litigation.

20.    On or about June 22 I received another letter from Ameriquest from the "Office of the President" dated June 18, 2007 that they were researching my concerns. (exhibit "6")

21.    That I able to make my monthly payments but Ameriquest has continually placed financial demands on me then they knew or should have known that there acts were unconscionable.

22.    That I have attempted zealously to resolve this matter with the defendant prior to resulting to filing this action seeking equitable relief.

23. That I able to and am financially sound and able to satisfy my mortgage obligations it is the procedures and practices of Ameriquest that continues to cause me financial harm.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS SIX (6) DAY OF JULY 2007.

Dated: July 6, 2007        Respectfully submitted,

_____
Joseph Schebel/pro se
71 Columbia Dr.
Feeding Hills, Mass. 01030
413-789-7515

## CERTIFICATE OF SERVICE

I hereby certify that the above **AFFIDAVIT OF JOSEPH SCHEBEL IN SUPPORT OF MOTION FOR EMERGENCY EX PARTE TEMPORARY RESTRAINING ORDER** is being served within the time required by Superior Court Standing Order No. 1-88 or by leave of the Regional Administrative Justice. I further certify that I served a true copy of this document upon the attorney of record for each party by facsimile transmittal to a number provided by the defendant's attorney of record on papers filed in court and also by first class mail, postage prepaid on Friday July 6, 2007, to Ablitt & Charlton, P.C. 92 Montvale Avenue, Shit 2950, Stoneham, Massachusetts 02180.

# EXHIBIT
## "1"

AMC MORTGAGE SERVICES, INC.
PO BOX 11000
SANTA ANA, CA 92711-1000
1-800-430-5262

**2006**

Form 1098

Mortg
Inte
Staten

This information is not being furnished to the IRS if box is shown. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.

OMB No. 1545-0901    CORRECTED

| RECIPIENT'S Federal identification no. | PAYER'S social security number | 1 Mortgage interest received from payer(s)/borrower(s) * |
|---|---|---|
| 22-3874234 | 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 | $          $16,932.34 |

PAYER'S / BORROWER'S name, address, and ZIP code

#BWNKZZS
JOSEPH F SCHEBEL JR                    2103
71 COLUMBIA DRIVE
FEEDING HILLS MA  01030-1619

2 Points paid on purchase of principal residence
$ .00

3 Refund of overpaid interest
$                      $ .00

4 Property Address
71  COLUMBIA DRIVE
FEEDING HILLS MA 01030

Account number (see instructions)          0095714069

Form 1098

Department of the Treasury - Internal Revenue Servic

The information
2, and 3 is in
information a
furnished to
Revenue Service
required to file
negligence pena
sanction may b
on yo
determi
underpayment of
because you o
deduction for th
interest or for t
or because
report this refund
on

---

YEAR END STATEMENT

**ALL INFORMATION BELOW AS OF 12/31/2006**

| | |
|---|---|
| LATE CHARGES PAID | $0.00 |
| INTEREST ON ESCROW | $0.00 |
| MONTHLY TOTAL PAYMENT | $1,158.69 |
| MONTHLY ESCROW PAYMENT | $0.00 |
| YEAR-END PRINCIPAL BALANCE | $147,660.39 |

**ESCROW ACTIVITY 2006:**

| | |
|---|---|
| BEGINNING ESCROW BALANCE | $0.00 |
| TOTAL DEPOSITS | $3,561.64 |
| TOTAL DISBURSEMENTS | $4,909.95 |
| ENDING ESCROW BALANCE | $1,348.31– |

**DISBURSEMENT ACTIVITY 2006:**

| | |
|---|---|
| PROPERTY TAXES | $2,492.95 |
| LIEN YEAR TO DATE | $.00 |
| HAZARD INSURANCE | $2,417.00 |
| FHA/PMI INSURANCE | $.00 |

| | |
|---|---|
| TOTAL INTEREST APPLIED IN 2006 | $16,932.34 |
| 2006 NET INTEREST PAYMENTS REPORTED TO IRS ***** | $16,932.34 |

# EXHIBIT
## "2"



P.O. Box 11000, Santa Ana, CA 92711-1000
Toll Free  (800) 430-5262
www.myamcloan.com

May 25, 2007


Joseph F Schebel Jr
71 Columbia Drive
Feeding Hills, MA 01030-




Re:  Loan Number:  0095714069
     Property Address: 71 Columbia Drive, Feeding Hills MA 01030


Dear Homeowner(s):

We have referred your inquiry regarding your home loan to the appropriate party for resolution. You may contact them directly for further assistance at:

> Office of the President
> P.O. Box 11000
> Sant Ana, CA 92711-1000
> (866)461-0913

For information on your home loan, visit www.myamcloan.com. If you have any additional questions or concerns, please contact Customer Care at (800) 430-5262, Monday through Friday, 6:00 a.m. to 6:00 p.m., Pacific Time.


Sincerely,

Customer Care


CC021/011/VAZ

Federal Law requires us to notify you that we are acting as a debt collector. If you are currently in a bankruptcy or have received a discharge in bankruptcy as to this obligation, this communication is intended for informational purposes only and is not an attempt to collect a debt in violation of the automatic stay or the discharge injunction.

Also doing business as Delaware AMC Mortgage Services, Inc., in the states of Texas, Rhode Island, and New Hampshire.

# EXHIBIT
## "3"



**EXPRESS MAIL**

UNITED STATES POSTAL SERVICE®

Customer Co.
Label 11-B, March 20..

**Post Office To Addressee**

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
|---|---|---|---|
| Mo.      Day | | | |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.      Day | | | |
| Delivery Date | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.      Day | | | |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

☐ **WAIVER OF SIGNATURE** *(Domestic Mail Only)*
Additional merchandise insurance is void if customer requests waiver of signature.
I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

Federal Agency Acct. No. or
Postal Service Acct. No.

**NO DELIVERY**
☐ Weekend    ☐ Holiday    Mailer Signature

---

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code
0699

Day of Delivery
☐ Next ☐ 2nd ☐ 2nd Del. Day

Postage
$

Date Accepted
6  11  07
Mo.  Day  Year

Scheduled Date of Delivery
Month      Day

Return Receipt Fee
$

Time Accepted
0935  ☐ AM ☑ PM

Scheduled Time of Delivery
☑ Noon    ☐ 3 PM

COD Fee
$

Insurance Fee
$

Flat Rate ☐ or Weight
lbs.      ozs.

Military
☐ 2nd Day    ☐ 3rd Day

Total Postage & Fees
$ 16

Int'l Alpha Country Code

Acceptance Emp. Initials

**FROM: (PLEASE PRINT)**   PHONE (413) 989-7515

Joseph Sleeper
71 Columbia Dr.
Feeding Hill MASS 01030

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811
*EMS*

**TO: (PLEASE PRINT)**   PHONE (800) 430-5262

OFFICE OF PRESIDENT
P.O. BOX 11000
SANTA ANA, CA

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
9 2 7 1 1 + 1 0 0 0

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

EB 400746252 US

# EXHIBIT
## "4"

**ABLITT & CHARLTON, P.C.**
92 Montvale Avenue, Suite 2950
Stoneham, Massachusetts 02180
Telephone: (781) 246-8995
Fax: (781) 246-8994

BY CERTIFIED AND REGULAR MAIL

06/12/2007

Joseph F. Schebel, Jr.
71 Columbia Drive
Feeding Hills (Agawam), MA 01030
4.1261 / Schebel

### NOTICE OF INTENTION TO FORECLOSE MORTGAGE AND OF DEFICIENCY AFTER FORECLOSURE OF MORTGAGE

You are hereby notified, in accordance with the statute, of the intention of Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc., Asset Backed Pass Through Certificates, Series 2004-R12, Under the Pooling and Servicing Agreement dated as of December 1, 2004, Without Recourse, on or after July 11, 2007 at 10:00 AM, to foreclose by sale under power of sale for breach of conditions, the mortgage held by it on the property situated at 71 Columbia Drive, Feeding Hills (Agawam), MA 01030, said mortgage dated October 23, 2004, and recorded with the Hampden County Registry of Deeds in Book 14600, Page 408, said mortgage given to secure a note signed by you, for the whole or part of which you may, if permitted by law, be liable to Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc., Asset Backed Pass Through Certificates, Series 2004-R12, Under the Pooling and Servicing Agreement dated as of December 1, 2004, Without Recourse in case of a deficiency in the proceeds of the foreclosure sale.

Very truly yours,
By its attorney

James L. Rogal, Esq.
CERTIFIED MAIL NO. 7007 0710 0004 8548 3321
RETURN RECEIPT REQUESTED

# EXHIBIT
## "5"

049J82043409

$00.410

06/20/2007

Mailed From 02180

US POSTAGE

neopost

Joseph F. Schebel, Jr.
71 Columbia Drive
Feeding Hills (Agawam), MA 01030
4.1261 / Schebel

ABLITT & CHARLTON, P.C.
92 MONTVALE AVENUE, SUITE 2950
STONEHAM, MA 02180

0103014515 C004

EXHIBIT
"6"



P.O. Box 11000, Santa Ana, CA 92711-1000
Toll Free (800) 430-5262
www.myamcloan.com

MORTGAGE SERVICES℠

June 18, 2007

Joseph F Schebel Jr
71 Columbia Drive
Feeding Hills, MA 01030-

Re:  Loan Number:  0095714069
     Borrower: Joseph F Schebel Jr
     Property Address: 71 Columbia Drive
                       Feeding Hills MA 01030

Dear Mr. Schebel:

Thank you for your recent inquiry regarding the mortgage loan referenced above. We are researching your concerns, and will respond promptly. If necessary, we may forward a copy of your inquiry to the originator of your loan for further research.

For general information, visit www.myamcloan.com; or, to obtain the status of your inquiry, please contact us directly at (866) 461-0913, Monday through Friday, 7 a.m. to 5:30 p.m., Pacific Time.

Sincerely,

Office of the President
AMC Mortgage Services, Inc.

OP015/004/M3A

Federal Law requires us to notify you that we are acting as a debt collector. If you are currently in a bankruptcy or have received a discharge in bankruptcy as to this obligation, this communication is intended for informational purposes only and is not an attempt to collect a debt in violation of the automatic stay or the discharge injunction.

Also doing business as Delaware AMC Mortgage Services, Inc., in the states of Texas, Rhode Island, and New Hampshire.





P.O. Box 11000, Santa Ana, CA 92711-1000
Toll Free (800) 430-5262
www.myamcloan.com

June 18, 2007

Joseph F Schebel Jr
71 Columbia Drive
Feeding Hills, MA 01030-

Re:  Loan Number:  0095714069
     Borrower: Joseph F Schebel Jr
     Property Address: 71 Columbia Drive
                       Feeding Hills MA 01030

Dear Mr. Schebel:

Thank you for your recent inquiry regarding the mortgage loan referenced
above. We are researching your concerns, and will respond promptly. If
necessary, we may forward a copy of your inquiry to the originator of
your loan for further research.

For general information, visit www.myamcloan.com; or, to obtain the
status of your inquiry, please contact us directly at (866) 461-0913,
Monday through Friday, 7 a.m. to 5:30 p.m., Pacific Time.

Sincerely,

Office of the President
AMC Mortgage Services, Inc.

OP015/004/M3A

Federal Law requires us to notify you that we are acting as a debt collector. If you are currently in a bankruptcy or have
received a discharge in bankruptcy as to this obligation, this communication is intended for informational purposes
only and is not an attempt to collect a debt in violation of the automatic stay or the discharge injunction.

Also doing business as Delaware AMC Mortgage Services, Inc., in the states of Texas, Rhode Island, and New Hampshire.

