**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION (SPRINGFIELD)**

| | |
|---|---|
| JOSEPH F. SCHEBEL, JR., <br><br>  Plaintiff, <br><br> v. <br><br> DEUTSCHE BANK NATIONAL TRUST, as Trustee; <br> ACC CAPITAL HOLDINGS CORPORATION; <br> AMERIQUEST MORTGAGE COMPANY; <br> AMC MORTGAGE SERVICES, INC.; and <br> ROLAND ARNALL, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DISCLOSURE STATEMENT OF
AMERIQUEST MORTGAGE COMPANY PURSUANT TO LOCAL RULE 7.3**

Pursuant to Local Rule 7.3 and Fed. R. Civ. P. 7.1, defendant Ameriquest Mortgage Company ("Ameriquest") hereby discloses that it is a wholly owned subsidiary of ACC Capital Holdings Corporation and that there is no publicly held company that owns 10% or more of Ameriquest's stock.

          AMERIQUEST MORTGAGE COMPANY,

          By its attorneys,

          s/ David M. Glynn

          R. Bruce Allensworth (BBO #015820)
          Andrew C. Glass (BBO #638362)
          David M. Glynn (BBO #650964)
          KIRKPATRICK & LOCKHART
          PRESTON GATES ELLIS LLP
          State Street Financial Center
          One Lincoln Street
          Boston, MA 02111
          Tel: 617.261.3100
          Fax: 617.261.3175
          bruce.allensworth@klgates.com
          andrew.glass@klgates.com
          david.glynn@klgates.com

Dated: July 26, 2007

- 1 -

**CERTIFICATE OF SERVICE**

    I hereby certify that this *Disclosure Statement of Ameriquest Mortgage Company Pursuant to Local Rule 7.3*was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on July 26, 2006.

                                                                      s/ David M. Glynn
                                                                        David M. Glynn