**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION (SPRINGFIELD)**

| | |
|---|---|
| JOSEPH F. SCHEBEL, JR., </br></br>  Plaintiff, </br></br> v. </br></br> DEUTSCHE BANK NATIONAL TRUST, as Trustee; </br> ACC CAPITAL HOLDINGS CORPORATION; </br> AMERIQUEST MORTGAGE COMPANY; </br> AMC MORTGAGE SERVICES, INC.; and </br> ROLAND ARNALL, </br></br>  Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> )  CIVIL ACTION NO. </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**DISCLOSURE STATEMENT OF
AMC MORTGAGE SERVICES, INC. PURSUANT TO LOCAL RULE 7.3**

Pursuant to Local Rule 7.3 and Fed. R. Civ. P. 7.1, defendant AMC Mortgage Services, Inc. ("AMC") hereby discloses that it is a wholly owned subsidiary of ACC Capital Holdings Corporation and that there is no publicly held company that owns 10% or more of AMC's stock.

BOS-1103378 v1

                AMC MORTGAGE SERVICES, INC.,

                By its attorneys,

                s/ David M. Glynn

                _____
                R. Bruce Allensworth (BBO #015820)
                Andrew C. Glass (BBO #638362)
                David M. Glynn (BBO #650964)
                KIRKPATRICK & LOCKHART
                PRESTON GATES ELLIS LLP
                State Street Financial Center
                One Lincoln Street
                Boston, MA 02111
                Tel: 617.261.3100
                Fax: 617.261.3175
                bruce.allensworth@klgates.com
                andrew.glass@klgates.com
                david.glynn@klgates.com

Dated: July 26, 2007

- 1 -

**CERTIFICATE OF SERVICE**

     I hereby certify that this *Disclosure Statement of AMC Mortgage Services, Inc. Pursuant to Local Rule 7.3* was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on July 26, 2006.

                                                    s/ David M. Glynn
                                                  David M. Glynn