**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION (SPRINGFIELD)**

| | |
|---|---|
| JOSEPH F. SCHEBEL, JR., <br><br>  Plaintiff, <br><br> v. <br><br> DEUTSCHE BANK NATIONAL TRUST, as Trustee; <br> ACC CAPITAL HOLDINGS CORPORATION; <br> AMERIQUEST MORTGAGE COMPANY; <br> AMC MORTGAGE SERVICES, INC.; and <br> ROLAND ARNALL, <br><br>  Defendants. | CIVIL ACTION NO. |

**DISCLOSURE STATEMENT OF**
**ACC CAPITAL HOLDINGS CORPORATION PURSUANT TO LOCAL RULE 7.3**

Pursuant to Local Rule 7.3 and Fed. R. Civ. P. 7.1, defendant ACC Capital Holdings Corporation ("ACC"), hereby discloses that it is a wholly owned subsidiary of Ameriquest Capital Corporation and that there is no publicly held company that owns 10% or more of ACC's stock.

ACC CAPITAL HOLDINGS CORPORATION,

By its attorneys,

s/ David M. Glynn
_____
R. Bruce Allensworth (BBO #015820)
Andrew C. Glass (BBO #638362)
David M. Glynn (BBO #650964)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel: 617.261.3100
Fax: 617.261.3175
bruce.allensworth@klgates.com
andrew.glass@klgates.com
david.glynn@klgates.com

Dated: July 26, 2007

- 1 -

**CERTIFICATE OF SERVICE**

    I hereby certify that this *Disclosure Statement of ACC Capital Holdings Corporation Pursuant to Local Rule 7.3* was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on July 26, 2006.

                                                                     s/ David M. Glynn
                                                                     David M. Glynn

Case 1:07-cv-06810    Document 5    Filed 07/26/2007    Page 3 of 3