**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION (SPRINGFIELD)**

| | |
|---|---|
| JOSEPH F. SCHEBEL, JR., Plaintiff, | ) |
| v. | ) |
| DEUTSCHE BANK NATIONAL TRUST, as Trustee; ACC CAPITAL HOLDINGS CORPORATION; AMERIQUEST MORTGAGE COMPANY; AMC MORTGAGE SERVICES, INC.; and ROLAND ARNALL, Defendants. | ) CIVIL ACTION NO. |

**NOTICE OF APPEARANCE**

Andrew C. Glass hereby gives notice of appearance as counsel for Defendants Deutsche Bank National Trust, as Trustee, ACC Capital Holdings Corporation, Ameriquest Mortgage Company, AMC Mortgage Services, Inc., and Roland Arnall.

DEUTSCHE BANK NATIONAL TRUST, as Trustee, ACC CAPITAL HOLDINGS CORPORATION, AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., AND ROLAND ARNALL,

By their attorneys,

s/ Andrew C. Glass

---

R. Bruce Allensworth (BBO #015820)
Andrew C. Glass (BBO #638362)
David M. Glynn (BBO #650964)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel: 617.261.3100
Fax: 617.261.3175
bruce.allensworth@klgates.com
andrew.glass@klgates.com
david.glynn@klgates.com

Dated: July 26, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this *Notice of Appearance* filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on July 26, 2006.

s/ Andrew C. Glass
Andrew C. Glass