**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION (SPRINGFIELD)**

| | |
|---|---|
| JOSEPH F. SCHEBEL, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEUTSCHE BANK NATIONAL TRUST, )<br>as Trustee; )<br>ACC CAPITAL HOLDINGS )<br>CORPORATION; )<br>AMERIQUEST MORTGAGE )<br>COMPANY; )<br>AMC MORTGAGE SERVICES, INC.; )<br>and )<br>ROLAND ARNALL, )<br>)<br>Defendants. )<br>) | C.A. No. 3:07-cv-30135-MAP |

**ASSENTED TO MOTION TO**
**ENLARGE DEFENDANTS' TIME TO RESPOND TO COMPLAINT**

Defendants, Deutsche Bank National Trust, as Trustee ("Deutsche Bank"), ACC Capital Holdings Corporation ("ACC"), Ameriquest Mortgage Company ("Ameriquest"), AMC Mortgage Services, Inc. ("AMC"), and Roland Arnall ("Arnall") (collectively "defendants"), with the assent of plaintiff Joseph F. Schebel, Jr. ("plaintiff"), hereby respectfully move the Court to enlarge defendants' time to answer or otherwise respond to plaintiff's Complaint for Temporary Injunction and Other Equitable Relief and Monetary Civil Penalties (the "Complaint") up through and including Friday, September 7, 2007.  In support of this Motion, defendants state the following:

- 2 -

1. On July 26, 2007, defendants filed a Notice of Removal, removing this action from Hampden County Superior Court to this Court. Defendants have not filed an answer to, or otherwise responded to, plaintiff's Complaint either in this Court or in state court.

2. The parties are currently determining whether this case can be settled and seek to extend the deadline for responding to the Complaint to help accommodate their discussions.

3. Plaintiff has appeared in this action *pro se*, and the Complaint names five different defendants and raises myriad substantive and procedural issues that defendants need adequate time to properly address should a response become necessary.

4. Pursuant to Local Rule 7.1(A)(2), plaintiff assents to this Motion.

5. Through this Motion, defendants seek entry of an Order extending the deadline for defendants to answer or otherwise respond to the Complaint up through and including Friday, September 7, 2007.

WHEREFORE, defendants, with plaintiff's assent, respectfully request that the Court enter an Order:

1. Extending the deadline for defendants to answer or otherwise respond to the Complaint up through and including Friday, September 7, 2007; and

2. Granting any other such relief as is just and equitable.

- 3 -

                          DEUTSCHE BANK NATIONAL TRUST, as Trustee, ACC CAPITAL HOLDINGS CORPORATION, AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., AND ROLAND ARNALL,

By their attorneys,

s/ David M. Glynn

_____
R. Bruce Allensworth (BBO #015820)
Andrew C. Glass (BBO #638362)
David M. Glynn (BBO #650964)
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel: 617.261.3100
Fax: 617.261.3175
bruce.allensworth@klgates.com
andrew.glass@klgates.com
david.glynn@klgates.com

Dated: July 30, 2007

**CERTIFICATE OF SERVICE**

      I hereby certify that this *Assented to Motion to Enlarge Defendants' Time to Respond to Complaint* filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on July 30, 2007.

                                                s/ David M. Glynn
                                                David M. Glynn

BOS-1108127 v3