**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION (SPRINGFIELD)**

| | |
|---|---|
| JOSEPH F. SCHEBEL, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEUTSCHE BANK NATIONAL TRUST, ) <br> as Trustee; ) <br> ACC CAPITAL HOLDINGS ) <br> CORPORATION; ) <br> AMERIQUEST MORTGAGE ) <br> COMPANY; ) <br> AMC MORTGAGE SERVICES, INC.; ) <br> and ) <br> ROLAND ARNALL, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. 07-30135 (MAP) |

## NOTICE OF FILING OF STATE COURT RECORD
## PURSUANT TO LOCAL RULE 81.1

Defendants, Deutsche Bank National Trust, as Trustee ("Deutsche Bank"), ACC Capital Holdings Corporation ("ACC"), Ameriquest Mortgage Company ("Ameriquest"), AMC Mortgage Services, Inc. ("AMC"), and Roland Arnall ("Arnall") (collectively "defendants"), pursuant to Local Rule 81.1(a), hereby file a certified copy of the record and docket of the state court proceeding in the above referenced case. A true and correct copy of the record and docket sent to defendants' counsel by the clerk of the Hampden Superior Court is attached hereto as Exhibit A. This filing is in connection with the defendants' Notice of Removal filed with the Court on July 26, 2007.

BOS-1113141 v1

- 2 -

>DEUTSCHE BANK NATIONAL TRUST, as Trustee, ACC CAPITAL HOLDINGS CORPORATION, AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., AND ROLAND ARNALL,
>
>By their attorneys,
>
>s/ David M. Glynn
>
>_____
>
>R. Bruce Allensworth (BBO #015820)
>Andrew C. Glass (BBO #638362)
>David M. Glynn (BBO #650964)
>KIRKPATRICK & LOCKHART
>PRESTON GATES ELLIS LLP
>State Street Financial Center
>One Lincoln Street
>Boston, MA 02111
>Tel: 617.261.3100
>Fax: 617.261.3175
>bruce.allensworth@klgates.com
>andrew.glass@klgates.com
>david.glynn@klgates.com

Dated: August 15, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that this *Notice of Filing of State Court Record Pursuant to Local Rule 81.1* filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on August 15, 2007.

>  s/ David M. Glynn
>_____
>  David M. Glynn