**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION (SPRINGFIELD)**

| | |
|---|---|
| JOSEPH F. SCHEBEL, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEUTSCHE BANK NATIONAL TRUST, ) <br> as Trustee; ) <br> ACC CAPITAL HOLDINGS ) <br> CORPORATION; ) <br> AMERIQUEST MORTGAGE ) <br> COMPANY; ) <br> AMC MORTGAGE SERVICES, INC.; ) <br> and ) <br> ROLAND ARNALL, ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 3:07-cv-30135-MAP |

**ASSENTED TO MOTION TO FURTHER**
**ENLARGE DEFENDANTS' TIME TO RESPOND TO COMPLAINT**

Defendants, Deutsche Bank National Trust, as Trustee ("Deutsche Bank"), ACC Capital Holdings Corporation ("ACC"), Ameriquest Mortgage Company ("Ameriquest"), AMC Mortgage Services, Inc. ("AMC"), and Roland Arnall ("Arnall") (collectively "defendants"), with the assent of plaintiff Joseph F. Schebel, Jr. ("plaintiff") respectfully moves the Court to enlarge defendants' time to answer or otherwise respond to plaintiff's Complaint for Temporary Injunction and Other Equitable Relief and Monetary Civil Penalties (the "Complaint") up through and including Friday, September 28, 2007. In support of this Motion, defendants state the following:

BOS-1115492 v3

- 2 -

1. On July 26, 2007, defendants filed a Notice of Removal, removing this action from Hampden County Superior Court to this Court. Defendants have not filed an answer to, or otherwise responded to, plaintiff's Complaint either in this Court or in state court.

2. On July 30, 2007, the defendants filed an assented to motion to extend the date by which they were required to respond to plaintiff's Complaint to September 7, 2007. The Court granted the motion on July 30, 2007.

3. The parties are currently determining whether this case can be settled. Defendants seek to extend the deadline for responding to the Complaint to help accommodate these discussions.

4. Plaintiff has appeared in this action *pro se*, and the Complaint names five different defendants and raises myriad substantive and procedural issues that defendants need adequate time to properly address should a response become necessary.

5. Plaintiff assents to this motion.

6. Plaintiff has asked defendants if they assent to an extension of the deadline by which plaintiff must file a motion to remand the case to state court to September 28, 2007, and defendants assent to plaintiff's request for that extension.

WHEREFORE, defendants respectfully request that the Court enter an Order: extending the deadline for defendants to answer or otherwise respond to the Complaint up through and including Friday, September 28, 2007; and granting any other such relief as is just and equitable.

- 3 -

DEUTSCHE BANK NATIONAL TRUST, as Trustee, ACC CAPITAL HOLDINGS CORPORATION, AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., AND ROLAND ARNALL,

By their attorneys,

s/ David M. Glynn
_____
R. Bruce Allensworth (BBO #015820)
Andrew C. Glass (BBO #638362)
David M. Glynn (BBO #650964)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel: 617.261.3100
Fax: 617.261.3175
bruce.allensworth@klgates.com
andrew.glass@klgates.com
david.glynn@klgates.com

Dated: August 22, 2007

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing motion filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on August 22, 2007.

                                                            s/ David M. Glynn
                                                            David M. Glynn