UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION (SPRINGFIELD)

| | |
|---|---|
| JOSEPH F. SCHEBEL, JR., </br></br> Plaintiff, </br></br> v. </br></br> DEUTSCHE BANK NATIONAL TRUST, as Trustee; </br> ACC CAPITAL HOLDINGS CORPORATION; </br> AMERIQUEST MORTGAGE COMPANY; </br> AMC MORTGAGE SERVICES, INC.; and </br> ROLAND ARNALL, </br></br> Defendants. | CIVIL ACTION NO. 07-30135 (MAP) </br></br> **ORAL ARGUMENT REQUESTED** |

**DEFENDANT ROLAND ARNALL'S MOTION TO DISMISS**

Defendant Roland Arnall ("Arnall") hereby moves the Court to dismiss the Complaint for Temporary Injunction and Other Equitable Relief and Monetary Civil Penalties ("Complaint") of plaintiff Joseph F. Schebel, Jr. ("plaintiff") pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(5). The Court should dismiss the Complaint because the Court cannot exercise personal jurisdiction over Arnall, and plaintiff cannot sustain his burden of establishing otherwise. Alternatively, the Court should dismiss the Complaint because plaintiff cannot establish that he ever perfected service of process on Arnall. In support of this Motion, Arnall simultaneously submits herewith his memorandum of law and declaration.

WHEREFORE, defendant Roland Arnall respectfully requests that the Court: (1) dismiss plaintiff's Complaint with prejudice for lack of personal jurisdiction; or alternatively, (2) dismiss plaintiff's Complaint for failure to effect service of process; and (3) grant such other relief as the Court deems just and equitable.

## REQUEST FOR ORAL ARGUMENT

Defendant Ronald Arnall respectfully requests that the Court hold oral argument on this Motion.

ROLAND ARNALL,

By his attorneys,

*s/ Andrew C. Glass*

R. Bruce Allensworth (BBO #015820)
Andrew C. Glass (BBO #638362)
David M. Glynn (BBO #650964)
David D. Christensen (BBO #666401)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel: 617.261.3100
Fax: 617.261.3175
bruce.allensworth@klgates.com
andrew.glass@klgates.com
david.glynn@klgates.com
david.christensen@klgates.com

Dated: September 28, 2007

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

I hereby certify that on September 21, 2007, the parties conferred and attempted in good faith to resolve or narrow the issues addressed by this motion but were unable to reach agreement.

*s/ David M. Glynn*

David M. Glynn

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on September 28, 2007.

*s/ Andrew C. Glass*

Andrew C. Glass