UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION (SPRINGFIELD)

|  |  |
|---|---|
| JOSEPH F. SCHEBEL, JR., <br><br>    Plaintiff, <br><br> v. <br><br> DEUTSCHE BANK NATIONAL TRUST, as Trustee; <br> ACC CAPITAL HOLDINGS CORPORATION; <br> AMERIQUEST MORTGAGE COMPANY; <br> AMC MORTGAGE SERVICES, INC.; <br> and <br> ROLAND ARNALL, <br><br>    Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 07-30135 (MAP) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF ROLAND ARNALL

I, Roland Arnall, being duly sworn according to law, under oath depose and say:

1. I am a citizen of the State of California; I currently reside in the Kingdom of the Netherlands where I serve as United States Ambassador.

2. I do not own, rent, or possess, nor have I ever owned, rented, or possessed, any property in the Commonwealth of Massachusetts.

3. I do not maintain, nor have I ever maintained, a residence in the Commonwealth of Massachusetts.

4. I am not, nor have I ever been, registered to vote in the Commonwealth of Massachusetts.

5. I do not personally conduct, nor have I ever personally conducted, any business in the Commonwealth of Massachusetts.

6. I do not maintain, nor have I ever maintained, any bank accounts in the Commonwealth of Massachusetts.

7. I am the trustee of the Roland and Dawn Arnall living trust, which in turn owns the shares of common stock of Ameriquest Capital Corporation, which is the parent company of ACC Capital Holdings Corporation, the parent company of Ameriquest Mortgage Company.

8. I was not involved in either the origination or the servicing of any loans, including plaintiff's loan, and have no relationship in any way to plaintiff.

9. At no time have I been served with a copy of the summons or complaint in the case captioned Joseph F. Schebel, Jr. v. Deutsche Bank National Trust; Trustee of Ameriquest, ACC Capital Holdings; a Delaware Corporation, Ameriquest Mortgage Company; A Subsidiary of ACC Capital Holdings Corporation, AMC Mortgage Services; A subsidiary of ACC Capital Holdings Corporation, and Roland Arnall.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the foregoing is true and correct. Executed on this 28th day of September, 2007.

*Roland Arnall*
Roland Arnall

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on September 28, 2007.

*s/ Andrew C. Glass*

Andrew C. Glass