UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION (SPRINGFIELD)

| | |
|---|---|
| JOSEPH F. SCHEBEL, JR., <br><br> Plaintiff, <br><br> v. <br><br> DEUTSCHE BANK NATIONAL TRUST, as Trustee; <br> ACC CAPITAL HOLDINGS CORPORATION; <br> AMERIQUEST MORTGAGE COMPANY; <br> AMC MORTGAGE SERVICES, INC.; and <br> ROLAND ARNALL, <br><br> Defendants. | C.A. NO. 07-30135 (MAP) |

**DEFENDANTS' MOTION TO STAY ACTION PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Defendants Deutsche Bank National Trust, as Trustee, ACC Capital Holdings Corporation, Ameriquest Mortgage Company, and AMC Mortgage Services, Inc. (collectively, "defendants") hereby move the Court for an order staying the proceedings in this case pending a transfer decision by the Judicial Panel on Multidistrict Litigation ("MDL Panel"). The MDL Panel is currently reviewing defendants' petition to transfer this action to the Northern District of Illinois as a "Tag Along" Action for consolidated pre-trial proceedings in *In re Ameriquest Mortgage Company Mortgage Lending Practices Litigation*, MDL 1715 (N.D. Ill) ("Illinois MDL").

Defendants submit that a stay would avoid duplicative litigation efforts and costs and thus ensure a more efficient use of judicial and party resources. Defendants do not believe that this request, if granted, will materially delay the prosecution of this action or prejudice any party.

BOS-1139994 v2

- 2 -

Furthermore, defendants believe that this proposal will conserve the time and resources of the parties and the Court.

WHEREFORE, defendants request that the Court grant the relief sought herein and issue an order:

1. Staying this action pending the MDL Panel's decision on the petition to transfer this case as a "Tag Along" Action to the Illinois MDL; and

2. Granting such other relief as the Court deems just and necessary.

Respectfully submitted,

DEUTSCHE BANK NATIONAL TRUST,
as Trustee, ACC CAPITAL HOLDINGS
CORPORATION, AMERIQUEST
MORTGAGE COMPANY, and
AMC MORTGAGE SERVICES, INC.,

By their attorneys,

s/ David M. Glynn

R. Bruce Allensworth (BBO #015820)
Andrew C. Glass (BBO #638362)
David M. Glynn (BBO #650964)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel: 617.261.3100
Fax: 617.261.3175
bruce.allensworth@klgates.com
andrew.glass@klgates.com
david.glynn@klgates.com

Dated: November 9, 2007

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I hereby certify that pursuant to Local Rule 7.1(A)(2), defendants attempted to confer in good faith with plaintiff to resolve or narrow the issues presented herein through multiple attempted telephone communications and through written correspondence but having heard no reply from plaintiff, were unable to reach resolution of the issues presented herein.

    s/ David M. Glynn
    David M. Glynn

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing motion filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent by first class mail to those indicated as non-registered participants as set forth below on November 9, 2007:

Joseph Schebel (pro se)
71 Columbia Dr.
Feeding Hills, MA 01030

    s/ David M. Glynn
    David M. Glynn