# United States District Court
# District of Massachusetts (Springfield)
# CIVIL DOCKET FOR CASE #: 3:07−cv−30135−MAP

Schebel v. Deutsche Bank National Trust et al  
Assigned to: Judge Michael A Ponsor  
Cause: 28:1441 Notice of Removal

Date Filed: 07/26/2007  
Date Terminated: 12/28/2007  
Jury Demand: None  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

**Plaintiff**

**Joseph F. Schebel, Jr.**     represented by     **Joseph F. Schebel, Jr.**  
71 Columbia Drive  
Feeding Hills, MA 01030  
413−789−7515  
PRO SE

V.

**Defendant**

**Deutsche Bank National Trust**     represented by     **R. Bruce Allensworth**  
Kirkpatrick &Lockhart Preston Gates Ellis LLP – MA  
State Street Financial Center  
One Lincoln Street  
Boston, MA 02111−2950  
617−261−3119  
Fax: 617−261−3175  
Email: bruce.allensworth@klgates.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Andrew C. Glass**  
Kirkpatrick &Lockhart Preston Gates Ellis LLP  
State Street Financial Center  
One Lincoln Street  
Boston, MA 02111−2950  
617−261−3107  
Fax: 617−261−3175  
Email: andrew.glass@klgates.com  
*ATTORNEY TO BE NOTICED*

**David D. Christensen**  
Kirkpatrick &Lockhart Preston Gates Ellis LLP – MA  
State Street Financial Center  
One Lincoln Street  
Boston, MA 02111−2950  
617−951−9077  
Fax: 617−261−3175  
Email: david.christensen@klgates.com

|  |  |
|---|---|
|  | *ATTORNEY TO BE NOTICED* |
|  | **David M. Glynn**<br>Kirkpatrick &Lockhart Preston Gates Ellis LLP – MA<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111−2950<br>617−261−3254<br>Fax: 617−261−3175<br>Email: david.glynn@klgates.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **ACC Capital Holdings Corporation** | represented by | **R. Bruce Allensworth**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Andrew C. Glass**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**David D. Christensen**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**David M. Glynn**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Ameriquest Mortgage Company** | represented by | **R. Bruce Allensworth**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Andrew C. Glass**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**David D. Christensen**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**David M. Glynn**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **AMC Mortgage Services, Inc.** | represented by | **R. Bruce Allensworth**<br>(See above for address)<br>*LEAD ATTORNEY* |

                                *ATTORNEY TO BE NOTICED*

                                **Andrew C. Glass**
                                (See above for address)
                                *ATTORNEY TO BE NOTICED*

                                **David D. Christensen**
                                (See above for address)
                                *ATTORNEY TO BE NOTICED*

                                **David M. Glynn**
                                (See above for address)
                                *ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Roland Arnall** *TERMINATED: 10/25/2007* | represented by | **R. Bruce Allensworth** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Andrew C. Glass** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **David D. Christensen** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **David M. Glynn** (See above for address) *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **ACC Capital Holdings Corporation** | represented by | **David D. Christensen** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Joseph F. Schebel, Jr.** | represented by | **Joseph F. Schebel, Jr.** (See above for address) PRO SE |

**Counter Claimant**

| | | |
|---|---|---|
| **AMC Mortgage Services, Inc.** | represented by | **David D. Christensen** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

**Ameriquest Mortgage Company**     represented by  **David D. Christensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Joseph F. Schebel, Jr.**     represented by  **Joseph F. Schebel, Jr.**
(See above for address)
PRO SE

**Counter Claimant**

**Deutsche Bank National Trust**     represented by  **David D. Christensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Joseph F. Schebel, Jr.**     represented by  **Joseph F. Schebel, Jr.**
(See above for address)
PRO SE

**Counter Claimant**

**Ameriquest Mortgage Company**     represented by  **David D. Christensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Joseph F. Schebel, Jr.**     represented by  **Joseph F. Schebel, Jr.**
(See above for address)
PRO SE

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 07/26/2007 | " 1 | NOTICE OF REMOVAL by Deutsche Bank National Trust, ACC Capital Holdings Corporation, Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Roland Arnall from Hampden Superior Court, case number 07−662. ( Filing fee $ 350 receipt number 1608131) (Attachments: # 1 Civil Cover Sheet # 2 Category Sheet# 3 Exhibit A# 4 Exhibit B# 5 Exhibit C)(Glynn, David) (Entered: 07/26/2007) |
| 07/26/2007 | " 2 | CORPORATE DISCLOSURE STATEMENT by Deutsche Bank National Trust. (Glynn, |

| | | |
|---|---|---|
| | | David) (Entered: 07/26/2007) |
| 07/26/2007 | " 3 | CORPORATE DISCLOSURE STATEMENT by Ameriquest Mortgage Company. (Glynn, David) (Entered: 07/26/2007) |
| 07/26/2007 | " 4 | CORPORATE DISCLOSURE STATEMENT by AMC Mortgage Services, Inc.. (Glynn, David) (Entered: 07/26/2007) |
| 07/26/2007 | " 5 | CORPORATE DISCLOSURE STATEMENT by ACC Capital Holdings Corporation. (Glynn, David) (Entered: 07/26/2007) |
| 07/26/2007 | " 6 | NOTICE of Appearance by Andrew C. Glass on behalf of Deutsche Bank National Trust, ACC Capital Holdings Corporation, Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Roland Arnall (Glass, Andrew) (Entered: 07/26/2007) |
| 07/26/2007 | " 7 | NOTICE of Appearance by R. Bruce Allensworth on behalf of Deutsche Bank National Trust, ACC Capital Holdings Corporation, Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Roland Arnall (Allensworth, R.) (Entered: 07/26/2007) |
| 07/27/2007 | " | Case Assigned to Judge Michael A Ponsor. (Finn, Mary) (Entered: 07/27/2007) |
| 07/27/2007 | " | Remark – CF and cert. copy to counsel. (Finn, Mary) (Entered: 07/27/2007) |
| 07/27/2007 | " | ELECTRONIC NOTICE of Duplicate Filing Fee and Credit for Refund, for $350.00 paid on 7/26/2007, receipt number 1608127. (Adam, Lucien) (Entered: 07/27/2007) |
| 07/30/2007 | " 8 | Assented to MOTION for Extension of Time to 9/07/2007 to File Answer by Deutsche Bank National Trust, ACC Capital Holdings Corporation, Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Roland Arnall.(Glynn, David) (Entered: 07/30/2007) |
| 07/30/2007 | " | Judge Michael A Ponsor : Electronic ORDER entered granting 8 Motion for Extension of Time to Answer Deutsche Bank National Trust answer due 9/7/2007; ACC Capital Holdings Corporation answer due 9/7/2007; Ameriquest Mortgage Company answer due 9/7/2007; AMC Mortgage Services, Inc. answer due 9/7/2007; Roland Arnall answer due 9/7/2007. (Stuckenbruck, John) (Entered: 07/30/2007) |
| 08/15/2007 | " 9 | STATE COURT RECORD from Hampden Superior Court by Deutsche Bank National Trust, ACC Capital Holdings Corporation, Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Roland Arnall *of Filing of State Court Record Pursuant to Local Rule 81.1* (Attachments: # 1 Record Part 1# Record Part 2)(Glynn, David) Modified on 8/15/2007 (Finn, Mary). (Entered: 08/15/2007) |
| 08/15/2007 | " | Notice of correction to docket made by Court staff. Correction: text of document 9 corrected because: wrong event was chosen when the document was docketed. (Finn, Mary) (Entered: 08/15/2007) |
| 08/22/2007 | " 10 | Assented to MOTION for Extension of Time to September 28, 2007 to Respond to Plaintiff's Complaint by Deutsche Bank National Trust, ACC Capital Holdings Corporation, Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Roland Arnall.(Glynn, David) (Entered: 08/22/2007) |
| 08/23/2007 | " | Judge Michael A Ponsor : endorsedORDER entered granting 10 Motion for Extension of Time to file responsive pleading on or before 9/28/07 (French, Elizabeth) (Entered: 08/23/2007) |
| 09/28/2007 | " 11 | NOTICE of Appearance by David D. Christensen on behalf of Deutsche Bank National Trust, ACC Capital Holdings Corporation, Ameriquest Mortgage Company, AMC |

| | | |
|---|---|---|
| | | Mortgage Services, Inc., Roland Arnall (Christensen, David) (Entered: 09/28/2007) |
| 09/28/2007 | " 12 | ANSWER to Complaint (Notice of Removal), COUNTERCLAIM against Joseph F. Schebel, Jr by ACC Capital Holdings Corporation. (Christensen, David) (Entered: 09/28/2007) |
| 09/28/2007 | " 13 | ANSWER to Complaint (Notice of Removal), COUNTERCLAIM against Joseph F. Schebel, Jr by AMC Mortgage Services, Inc. (Christensen, David) Modified on 10/1/2007 (Finn, Mary). (Entered: 09/28/2007) |
| 09/28/2007 | " 14 | ANSWER to Complaint (Notice of Removal), COUNTERCLAIM against Joseph F. Schebel, Jr by Deutsche Bank National Trust. (Christensen, David) (Entered: 09/28/2007) |
| 09/28/2007 | " 15 | ANSWER to Complaint (Notice of Removal), COUNTERCLAIM against Joseph F. Schebel, Jr by Ameriquest Mortgage Company. (Christensen, David) (Entered: 09/28/2007) |
| 09/28/2007 | " 16 | MOTION to Dismiss by Roland Arnall.(Glass, Andrew) (Entered: 09/28/2007) |
| 09/28/2007 | " 17 | MEMORANDUM in Support re 16 MOTION to Dismiss filed by Roland Arnall. (Glass, Andrew) (Entered: 09/28/2007) |
| 09/28/2007 | " 18 | AFFIDAVIT in Support re 16 MOTION to Dismiss, 17 Memorandum in Support of Motion *by Roland Arnall*. (Glass, Andrew) (Entered: 09/28/2007) |
| 10/25/2007 | " | Judge Michael A Ponsor : ENDORSED ORDER entered granting the Defendant Roland Arnall's 16 Motion to Dismiss. ALLOWED, without opposition. cc/cl (Lindsay, Maurice) (Entered: 10/25/2007) |
| 11/09/2007 | " 19 | MOTION to Stay *Action Pending Transfer Decision by Judicial Panel on Multidistrict Litigation* by Deutsche Bank National Trust, ACC Capital Holdings Corporation, Ameriquest Mortgage Company, AMC Mortgage Services, Inc..(Glynn, David) (Entered: 11/09/2007) |
| 11/09/2007 | " 20 | MEMORANDUM in Support re 19 MOTION to Stay *Action Pending Transfer Decision by Judicial Panel on Multidistrict Litigation* filed by Deutsche Bank National Trust, ACC Capital Holdings Corporation, Ameriquest Mortgage Company, AMC Mortgage Services, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Glynn, David) (Entered: 11/09/2007) |
| 11/26/2007 | " | Judge Michael A Ponsor : ENDORSED ORDER entered granting 19 Motion to Stay. ALLOWED, without opposition. cc/cl (Lindsay, Maurice) (Entered: 11/26/2007) |
| 11/30/2007 | " 21 | Copy of MDL Conditional Transfer Order number 32 in MDL Case 1715 received from the MDL Panel. (Jones, Sherry) (Entered: 11/30/2007) |
| 12/28/2007 | " 22 | Certified copy of MDL Conditional Transfer Order number 32 in MDL Case 1715 received from District of the Northern District of Illinois, Eastern Division via email notification requesting transfer of case for consolidated pretrial proceedings. (Attachments: # 1 certified MDL transfer order) (Jones, Sherry) (Entered: 12/28/2007) |
| 12/28/2007 | " | Case transferred to to District of Northern District of Illinois pursuant to Conditional Transfer Order entered by the MDL Panel on November 27, 2007 Original file and certified copy of transfer order and docket sheet sent to the Clerk in that district. (Finn, Mary) (Entered: 12/28/2007) |
| 12/28/2007 | " 23 | Transmittal Letter/request (non−motion) to the Northern District of Illinois re: electronic case file. (Finn, Mary) (Entered: 12/28/2007) |